# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131143

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 131143
                                      COA: 258149
                                      Gratiot CC: 03-004633-FC

DANIEL CLARE RADEMACHER,
      Defendant-Appellant.
                                        03-004634-FC

_____/

      On order of the Court, the application for leave to appeal the March 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006                                    _____

t1023                                                         Clerk